Chenxi Shi
1900 Fullerton Road, Apt. 53
Rowland Heights, CA 91748
PRO SE



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Chenxi Shi | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-04114-FMO-MRW |
| v. ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, ET AL., Defendant(s). | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

07/03/2024
Date

*Chen Xi Shi*
Signature of Attorney/Party

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*